# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISRAEL PEREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY DBA METROLINK, a government-owned entity; NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK, a for-profit corporation; TOMMY ROTH, an individual; ORANGE COUNTY TRANSPORTATION AUTHORITY, a government-owned entity; COUNTY OF ORANGE, a governmental entity; STATE OF CALIFORNIA; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:16-cv-01465-CJC-KES<br><br>**ORDER RE JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 7/28/2016<br>Date Removed: 8/8/2016<br>Trial Date: None |

THE COURT, having reviewed and approved the Joint Motion for Stipulated Dismissal with Prejudice by and between Plaintiff JOSE ISRAEL PEREZ (hereinafter "Plaintiff"), by and through his attorneys of record LAYFIELD & BARRETT, APC, and Defendant COUNTY OF ORANGE, by and through its attorneys LAW OFFICES OF FREDERICK W. WERVE, and Defendants

-1-
**ORDER RE JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**

SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY DBA METROLINK, NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK, TOMMY ROTH, an individual, and ORANGE COUNTY TRANSPORTATION AUTHORITY, by and through their attorneys SIMS LAW FIRM LLP, orders as follows:

**IT IS ORDERED THAT** the Joint Motion for Stipulated Dismissal with Prejudice is approved and this entire action and all parties are dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED:**

DATED: December 5, 2016    By: _____
                            Honorable Cormac J. Carney
                            United States Magistrate Judge

-2-
**ORDER RE JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**